UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WENDELL M. TURNER,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　**JUDGMENT**
　　　　　　　　　　　　　　　　　)　No. 5:15-CV-199-D
　　　　　　　　　　　　　　　　　)
EVELYN SAUNDERS, et al.,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　)

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED for failure to comply with the court's order to particularize and for lack of subject-matter jurisdiction. The clerk shall close the case.

**This Judgment Filed and Entered on December 10, 2015, and Copies To:**

Wendell M. Turner　　　　(via US Mail to: 3181 Highway 70 West, Smithfield, NC 27577)


DATE　　　　　　　　　　　　　　**JULIE RICHARDS JOHNSTON, CLERK**

December 10, 2015　　　　　　　By:　　/s/ Crystal Jenkins
　　　　　　　　　　　　　　　　　　　　Deputy Clerk